People v Jackson (2026 NY Slip Op 01894)

People v Jackson

2026 NY Slip Op 01894

Decided on March 27, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to
revision before publication in the Official Reports.

Decided on March 27, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., MONTOUR, SMITH, OGDEN, AND DELCONTE,
JJ.

180 KA 24-01590

[*1]THE PEOPLE OF THE STATE OF NEW YORK,
RESPONDENT,
vMICHAEL L. JACKSON, JR., ALSO KNOWN AS MICHAEL
JACKSON, JR., ALSO KNOWN AS MICHAEL LOREN JACKSON, JR., ALSO
KNOWN AS MICHAEL L. JACKSON, ALSO KNOWN AS MICHAEL J. JACKSON,
ALSO KNOWN AS MICHAEL J. JACKSON, JR., ALSO KNOWN AS MICHAEL
JACKSON, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (LEAH N.
FARWELL OF COUNSEL), FOR DEFENDANT-APPELLANT. 
KEVIN T. FINNELL, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL
OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Genesee County Court (Melissa Lightcap Cianfrini,
J.), rendered March 8, 2023. The judgment convicted defendant upon a plea of guilty of
attempted burglary in the first degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously
affirmed.
Same memorandum as in People v Jackson ([appeal No. 1] — AD3d
— [Mar. 27, 2026] [4th Dept 2026]).
Entered: March 27, 2026
Ann Dillon Flynn
Clerk of the Court